THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD GRIFFIN, Appellant. [19 NYS3d 432]—Appeal by the defendant from an order of the Supreme Court, Kings County (Dwyer, J.), dated September 18, 2014, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The People sustained their burden of demonstrating, by clear and convincing evidence, that the defendant properly received a level three classification pursuant to the Sex Offender Registration Act (*see* Correction Law art 6-C [hereinafter SORA]) under the circumstances of this case (*see* Correction Law § 168-n [3]; *People v Mingo*, 12 NY3d 563, 571 [2009]; *People v Bright*, 63 AD3d 1133, 1134 [2009]). Contrary to the defendant's contention, the Supreme Court properly denied his

request for a downward departure to a level two classification, as the defendant failed to identify and establish the existence of a mitigating factor which was not adequately taken into account by the SORA Guidelines and which would warrant a downward departure in the exercise of the court's discretion (*see People v Gillotti*, 23 NY3d 841, 861 [2014]; *People v Sooknanan*, 119 AD3d 540 [2014]; *People v Harris*, 93 AD3d 704, 705-706 [2012]; *People v Wyatt*, 89 AD3d 112, 128 [2011]). Mastro, J.P., Dickerson, Miller and Maltese, JJ., concur.